**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA  17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com



January 12, 2010

Clerk, U.S. Bankruptcy Court

RE: Mark Landon Witthoff
    Bankruptcy Case No.  4-09-06830
    Unclaimed Funds For: Mark Landon Witthoff
                        577 Torbert lane
                        Jersey Shore PA 17740

Dear Clerk:

   Enclosed herewith please find check No. 1006059 for $1,108.00 drawn on the Fulton Bank representing unclaimed funds for the debtor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                        Very truly yours,

                                        /s/ Carol A. Kreider

                                        Carol A. Kreider
                                        Funds Manager

